**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Karen M. Seaworth,

        Plaintiff,　　　　　　　　　　Civil No. 09-3438 (RHK/RLE)

vs.　　　　　　　　　　　　　　　　　**ORDER**

William Messerli, Ross Kramer, Jaime J.
Hommerding,

        Defendants.

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the \Court.

Dated: December 7, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge